UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS AUTHEMENT | CIVIL ACTION |
| VERSUS | NO. 22-850 |
| ANTHONY P. CHAMPAGNE, ET AL. | SECTION: "D"(3) |

### ORDER

The Court, having considered the Complaint brought pursuant to 42 U.S.C. § 1983 (R. Doc. 1), the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 10), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, September 27, 2022.

*Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**